No. 10–7629. FAUROT *v.* TERHUNE ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7631. FORD *v.* SISTO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7632. HUDSON *v.* CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7634. GALE *v.* ANDERSON. C. A. 4th Cir. Certiorari denied.

No. 10–7637. SPENCER *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–7641. EMMETT *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–7646. DAVIS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–7648. NIGRO *v.* EVANS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7650. PAREDES *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–7654. SHAW *v.* CAMPBELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7656. LOCKHART *v.* BARNHART, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 10–7662. JARVIS *v.* MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 10–7663. JARVIS *v.* MONTGOMERY COUNTY, MARYLAND. C. A. 4th Cir. Certiorari denied.